In the Matter of the Application of Joseph A. Tallon, Appellant, for a Writ of Mandamus against The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eva Roxana Anderson, Respondent, v. Jane Ann Smitley, Individually and as Sole Heir at Law and Next of Kin of John Elmer Ellis, Deceased, and as Devisee, etc., and Others, Appellants, Impleaded with John J. Lordon. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eva Roxana Anderson, Appellant, v. Jane Ann Smitley, Individually and as Sole Heir at Law and Next of Kin of John Elmer Ellis, Deceased, and as Devisee, etc., and Others, Respondents, Impleaded with John J. Lordon. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bessie Jacobs, Appellant, v. Harry J. Jacobs, Respondent.— Order reversed and motion granted to allow plaintiff alimony at the rate of fifteen dollars per week, payment to commence from the 15th day of September, 1908. No opinion. Settle order on notice.

Benjamin R. Lummis, Respondent, v. Albert Friedlander, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Foy, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to each respondent separately appearing and filing briefs. No opinion.

Rosa M. Cody, Respondent, v. Joseph W. Cody, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pincus Lowenfeld and William Prager, Respondents, v. Bernard Crystal, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. William H. Walker.— Motion granted.

Percival F. Compart v. Otto Dommasch.— Motion granted, with ten dollars costs.

Edith A. N. Brewer v. William S. Brewer.— Motion granted, with ten dollars costs.

Thomas J. McLaughlin v. George Moeser.— Motion denied, with ten dollars costs.

Mary Krikorian v. Tatios J. Krikorian.— Motion granted, unless appellant pay ten dollars costs and be ready for argument at the January term.

Barnett Hamburger v. Albert L. Stevens. Reuben M. Manley v. Morris Berman. Edward W. Browning v Arthur G. Moses.— Applications denied, with ten dollars costs. Orders signed.

James Comisky v. Francis Brothers.— Motion denied. See memorandum. Settle order on notice.

Fresno Home Packing Company v. Turle & Skidmore.— Application granted. Order signed.

Walker L. Otis v. Julius S. Sandler and Others.— Motion denied, with ten dollars costs.

Morris Solomon v. Sadie O. Alexander.— Motion denied, with ten dollars costs.

Jacob Morrison and Another v. Frank Slater and Another.— Motion denied, with ten dollars costs.